# SA15CR0052

| PROB 22 (Rev. 8/07) | TRANSFER OF JURISDICTION 15 JAN 13 PM 12: 24 | DOCKET NUMBER (Tran. Court) 5:02CR00600-001 |
|---|---|---|
| | | DOCKET NUMBER (Rec. Court) |

**FILED JAN 2 3 2015 CLERK, U.S. DISTRICT COURT WESTERN DISTRICT OF TEXAS BY DEPUTY CLERK**

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Dagoberto Maldonado<br>San Antonio, Texas | SOUTHERN DISTRICT OF TEXAS | Laredo |
| | NAME OF SENTENCING JUDGE | |
| | Keith P. Ellison,<br>United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM 6/13/2014 — TO 6/12/2017 |

**OFFENSE**

Conspiracy to Launder Monetary Instruments in violation of 18 U.S.C. §§ 1956(a)(A)(i),
Laundering Monetary Instruments in violation of 18 U.S.C. §§ 1956(a)(1)(A)(i), and
Notice of Holdings Subject to Forfeiture in violation of 21 U.S.C. § 853(p) and 18 U.S.C. § 982(b)(1)

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **SOUTHERN DISTRICT OF TEXAS - LAREDO DIVISION**

It is ordered the jurisdiction of this probationer or supervised releasee be transferred with the records of the Court to the United States District Court for the <u>Western District of Texas - San Antonio Division</u> on that Court's acceptance. This Court expressly consents that the period of supervision may be changed by the receiving District Court without approval of this court. See 18 U.S.C. 3605.

December 18, 2014
Date

*Marina Garcia Marmolejo,*
*United States District Judge*

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE **WESTERN DISTRICT OF TEXAS-SAN ANTONIO DIVISION**

Jurisdiction over the person supervised is accepted by this Court from the entry of this order.

Jan. 5, 2015
Effective Date

*United States District Judge*

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § § | |
| DAGOBERTO MALDONADO a/k/a "APACHE" JUAN ANGEL RAMOS | § § § § | CR NO. CRL-02-600 |

### INDICTMENT

**THE GRAND JURY CHARGES THAT:**

#### COUNT 1
(Conspiracy to Launder Monetary Instruments)

Beginning on or about March 1, 2002, and continuing up to on or about April 4, 2002, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, defendants,

**DAGOBERTO MALDONADO, A/K/A "APACHE," and
JUAN ANGEL RAMOS**

did knowingly and intentionally conspire and agree with others known and unknown to the Grand Jury to

1.  To knowingly conduct and attempt to conduct a financial transaction, the activities of which affect interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the possession, sale and distribution of narcotics and other dangerous narcotics, in violation of Title 21, United States Code, Sections 846, 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity, in violation of Title 18, United States Code, Section1956(a)(1)(A)(i); and 1956(h)

2.  To knowingly conduct and attempt to conduct a financial transaction, the activities of

which affect interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the possession, sale and distribution of narcotics and other dangerous drugs, in violation of Title 21, United States Code, Sections 846, 841(a)(1), knowing that such transaction was designed in whole or in part to conceal and disguise the nature, location, source, ownership, and control of the proceeds of said specified unlawful activity, in violation of Title 18, United States Code, Section1956(a)(1)(B)(i) and 1956(h).

## MANNER AND MEANS

It was the ways, manner and means of this conspiracy that the defendants concealed and transported or arranged for others, known and unknown to the Grand Jurors, to conceal and transport illegal proceeds and drug profits from the distribution of bulk quantities of marihuana to the defendants and others involved in the conspiracy. In this respect the illegal proceeds were regularly concealed at the residence of defendant DAGOBERTO MALDONADO and transported in vehicles by defendant JUAN ANGEL RAMOS and others acting at the direction of defendant DAGOBERTO MALDONADO.

## OVERT ACTS

In furtherance of this conspiracy, and to effect and accomplish the objects of the conspiracy, one or more of the defendants, or co-conspirators, both indicted and unindicted, and other persons known and unknown to the Grand Jury, performed or caused the performance of the following overt acts in the Southern District of Texas and elsewhere;

1. On or about March 2002, DAGOBERTO MALDONADO, concealed an unspecified amount of drug proceeds at his residence at 126 Beltran, in Laredo, Texas.

2. On or about March, 2002, JUAN ANGEL RAMOS picked up a spare tire at 126 Beltran, in Laredo, Texas, which contained an unspecified amount of drug proceeds.

3. On or about March, 2002, JUAN ANGEL RAMOS transported in a vehicle a spare tire which

contained an unspecified amount of drug proceeds.

4. On or about April 3, 2002, JUAN ANGEL RAMOS traveled from Guerrero, Mexico, to Laredo, Texas for the purpose of transporting narcotics proceeds for DAGOBERTO MALDONADO;

5. On or about April 4, 2002, DAGOBERTO MALDONADO concealed approximately $294,000.00 in drug proceeds at his residence at 126 Beltran in Laredo, Texas.

6. On or about April 4, 2002, JUAN ANGEL RAMOS picked up a spare tire at 126 Beltran in Laredo, Texas which contained approximately $294,000 in narcotics proceeds.

7. On or about April 4, 2002, JUAN ANGEL RAMOS transported in a vehicle a spare tire which contained approximately $294,000 in narcotics proceeds.

8. On or about April 4, 2002 DAGOBERTO MALDONADO concealed over one million dollars in drug proceeds at his residence at 126 Beltran in Laredo, Texas.

The Grand Jury specifically re alleges and adopts by reference each and every allegation contained in this indictment.

In violation of Title 18, United States Code, Sections 1956(h).

## COUNT 2
(Laundering Monetary Instruments)

On or about April 4, 2002, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, defendants,

**DAGOBERTO MALDONADO, A/K/A "APACHE," and
JUAN ANGEL RAMOS**

did knowingly conduct and attempt to conduct a financial transaction, to wit: the transfer of United States currency in the amount of ($294,000.00), the activities of which affect interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the possession, sale and distribution of narcotics and other dangerous narcotics, in violation of Title 21, United States Code, Sections 846, 841(a)(1), with the intent to promote the carrying on of said specified unlawful activity,

3

in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 3
### (Laundering Monetary Instruments)

On or about April 4, 2002, in the Southern District of Texas and elsewhere, and within the jurisdiction of the Court, defendants,

**DAGOBERTO MALDONADO, A/K/A "APACHE," and
JUAN ANGEL RAMOS**

did knowingly conduct and attempt to conduct a financial transaction, to wit: the transfer of United States currency in the amount of ($294,000.00), the activities of which affect interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that is, the possession, sale and distribution of narcotics and other dangerous narcotics, in violation of Title 21, United States Code, Sections 846, 841(a)(1), knowing that the transaction was designed in whole or in part to conceal and disguise the nature, ownership, control and source of the proceeds of the specified unlawful activity, and knowing that the property involved in the financial transaction, represented the proceeds of some form of unlawful activity in violation of Title 18, United States Code, Section 1956(a)(1)(A)(i).

## COUNT 4
### (NOTICE OF HOLDINGS SUBJECT TO FORFEITURE)

The allegations contained in Counts One through Three of this Indictment are incorporated herein by reference.

Pursuant to Title 18, United States Code, Section 982, the United States of America hereby gives notice that the interests of defendants, **DAGOBERTO MALDONADO, A/K/A "APACHE," and JUAN ANGEL RAMOS,** constituting or derived from any proceeds the defendants obtained, directly or indirectly, as the result of one or more of the offenses alleged in Counts One through Three of this Indictment or any property, real or personal, involved in such offense, or any property traceable to such property are subject to forfeiture to the United States of America, including, but not limited to

4

The sum of $1,840,000.00 United States Currency.

## MONEY LAUNDERING: SUBSTITUTE ASSETS

In the event that the property which is subject to forfeiture to the United States, as a result of any act or omission of the defendant(s):

    (1)    cannot be located upon exercise of due diligence;

    (2)    has been placed beyond the jurisdiction of the Court;

    (3)    has been transferred or sold to, or deposited with a third party;

    (4)    has been substantially diminished in value, or

    (5)    has been commingled with other property which cannot be divided without

difficulty; it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 18, United States Code, Section 982(b)(1) incorporating Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of such property.

A TRUE BILL

*[signature]*
FOREPERSON OF THE GRAND JURY

MICHAEL T. SHELBY
UNITED STATES ATTORNEY

*[signature]*
RICHARD J. MAGNESS
ASSISTANT UNITED STATES ATTORNEY

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 1

United States District Court
Southern District of Texas
FILED
MAR 1 8 2003
Michael N. Milby, Clerk
Laredo Division

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Laredo

United States District Court
Southern District of Texas
ENTERED
MAR 2 2 2003
Michael N. Milby, Clerk
Laredo Division

UNITED STATES OF AMERICA
v.
**DAGOBERTO MALDONADO**
TRUE NAME: DAGOBERTO MALDONADO, JR.

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number: **5:02CR00600-001**

EMILIO DAVILA JR.
Defendant's Attorney

☐ See Additional Aliases sheet.

**THE DEFENDANT:**

☐ pleaded guilty to count(s) _____
☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.
☒ was found guilty on count(s)   ONE, TWO, THREE AND FOUR ON 10/24/2002   after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offenses:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. §§ 1956(a)(A)(i) | CONSPIRACY TO LAUNDER MONETARY INSTRUMENTS | 04/10/2002 | ONE |
| 18 U.S.C. §§ 1956(a)(1)(A)(i) | LAUNDERING MONETARY INSTRUMENTS | 04/10/2002 | TWO AND THREE |
| 21 U.S.C. § 853 (p) and 18 U.S.C. 982(b)(1) | NOTICE OF HOLDINGS SUBJECT TO FORFEITURE | 4/10/2002 | FOUR |

☒ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 5 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____
☐ Count(s) _____   ☐ is ☐ are   dismissed on the motion of the United States.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 01/05/1972
Defendant's USM No.: 15339-179
Defendant's Residence Address:
126 BELTRAN LOOP
LAREDO, TEXAS 78046

Defendant's Mailing Address:
126 BELTRAN LOOP
LAREDO, TEXAS 78046

3/17/2003
Date of Imposition of Judgment

Signature of Judicial Officer

**KEITH P. ELLISON**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judicial Officer

18 March 2003
Date

AO 245B    (Rev. 3/01) Judgment in a Criminal Case  
             Sheet 2 -- Imprisonment

Judgment -- Page 2 of 5

DEFENDANT: **DAGOBERTO MALDONADO, JR.**  
CASE NUMBER: **5:02CR00600-001**

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of _____ 168 months in each count to run concurrent.

The defendant was advised of the right to appeal the sentence, including the right to appeal in forma pauperis, upon proper documentation.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ at _____ on _____
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 pm on _____
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

_____

    Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                   UNITED STATES MARSHAL

                           By _____
                                                  DEPUTY UNITED STATES MARSHAL

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
Sheet 3 -- Supervised Release

Judgment -- Page 3 of 5

DEFENDANT: **DAGOBERTO MALDONADO, JR.**
CASE NUMBER: **5:02CR00600-001**

# SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of _3 year(s) on each_ count to run concurrent.

☐ See Additional Supervised Released Terms Sheet.

    The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from the custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.

The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

    The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse.

☒ The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.

☐ See Additional Mandatory Conditions Sheet

    If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

    The defendant shall comply with the standard conditions that have been adopted by this court (set forth below). The defendant shall also comply with the additional conditions on the attached page.

# STANDARD CONDITIONS OF SUPERVISION

☐ See Special Conditions of Supervision.

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation, unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least ten days prior to any change in residence or employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity and shall not associate with any person convicted of a felony, unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view of the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

AO 245B     (Rev. 3/01) Judgment in a Criminal Case
              Sheet 5, Part A -- Criminal Monetary Penalties

Judgment -- Page 4 of 5

DEFENDANT: **DAGOBERTO MALDONADO, JR.**
CASE NUMBER: **5:02CR00600-001**

# CRIMINAL MONETARY PENALTIES

The defendant shall pay the following total criminal monetary penalties in accordance with the schedule of payments set forth on Sheet 5, Part B.

|  | **Assessment** | **Fine** | **Restitution** |
|---|---|---|---|
| **TOTALS** | $ 100.00 on each count | $ | $ |

☐ See Additional Terms for Criminal Monetary Penalties Sheet.

☐ The determination of restitution is deferred until _____. An Amended Judgment in a Criminal Case (AO 245C) will be entered after such determination.

☐ The defendant shall make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | ***Total Amount of Loss** | **Amount of Restitution Ordered** | **Priority Order or Percentage of Payment** |
|---|---|---|---|
|  |  |  |  |

☐ See Additional Restitution Payees Sheet.

| **TOTALS** | | $0.00 | $0.00 |
|---|---|---|---|

☐ If applicable, restitution amount ordered pursuant to plea agreement  $_____

☐ The defendant shall pay interest on any fine or restitution of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 5, Part B may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

     ☐ the interest requirement is waived for the ☐ fine and/or ☐ restitution.

     ☐ the interest requirement for the ☐ fine and/or ☐ restitution is modified as follows:

☐ Based on the Government's motion, the Court finds that reasonable efforts to collect the special assessment are not likely to be effective. Therefore, the assessment is hereby remitted.

* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18, United States Code, for offenses committed on or after September 13, 1994 but before April 23, 1996.

AO 245B    (Rev. 3/01) Judgment in a Criminal Case
           Sheet 5, Part B -- Criminal Monetary Penalties

Judgment -- Page 5 of 5

**DEFENDANT:** DAGOBERTO MALDONADO, JR.
**CASE NUMBER:** 5:02CR00600-001

# SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties shall be due as follows:

A ☒ Lump sum payment of $300.00 due immediately, balance due
     ☐ not later than _____, and/or
     ☒ in accordance with ☐ C, ☐ D, and/or ☒ E, below; or

B ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ E below); or

C ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

D ☐ Payment in _____ (e.g., equal, weekly, monthly, quarterly) installments of _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

E ☒ Special instructions regarding the payment of criminal monetary penalties:
Make all payments payable to: U.S. District Clerk, P.O. Box 597, Laredo, TX 78042-0597

Unless the court has expressly ordered otherwise in the special instruction above, if this judgment imposes a period of imprisonment, payment of criminal monetary penalties shall be due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States attorney

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

| Case Number (Including Defendant Number) | Defendant Name | Joint and Several Amount |
|---|---|---|
| | | |

☐ See Additional Defendants Held Joint and Several sheet.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

☐ See Additional Forfeited Property Sheet.

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) community restitution, (6) fine interest, (7) penalties, and (8) costs, including cost of prosecution and court costs.

CLOSED

## U.S. District Court
## SOUTHERN DISTRICT OF TEXAS (Laredo)
## CRIMINAL DOCKET FOR CASE #: 5:02-cr-00600-1
### Internal Use Only

Case title: USA v. Maldonado et al
Magistrate judge case number: 5:02-mj-01356

Date Filed: 05/01/2002
Date Terminated: 03/17/2003

Assigned to: Judge Keith P Ellison
Appeals court case numbers: LeticiaGomez, LeticiaOGomez

**SA15CR0052**

**Defendant (1)**

**Dagoberto Maldonado, Jr.**
*TERMINATED: 03/17/2003*
*also known as*
Apache

represented by **Emilio Davila , Jr**
Attorney at Law
1112 San Agustin
Laredo, TX 78040
956-723-3639
Fax: 956-727-8130
Email: edgg@sbcglobal.net
*TERMINATED: 03/17/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Gocha Allen Ramirez**
G. Allen Ramirez, Attorney at Law
515 E. Second Street
Rio Grande City, TX 78582
956-487-4585
Fax: 956-487-0565
Email: garlaw2@aol.com
*TERMINATED: 03/17/2003*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Pending Counts**

Count(s) 1-3: 18:1956-3300.F Conspiracy to conduct a financial transaction, the activities of which affect interstate and foreign commerce, possession, sale and distribution of narcotics. Penalty: Not more than 20 yrs and/or 4500,000 fine or twice the value of the property involved in the transactions, which ever is greater or both, and at least 3 yrs tsr.
(1-3)

**Disposition**

SENTENCE: Count 1-3: 168 mos to serve on cts 1-3 to run concurrent; 3 yrs tsr; no fine; $300 cvf; counseling for alcohol abuse, testing by probation and payable by dft while in TSR; no firearm possession and shall not commit another crime. Count 4: Final order of Forfeiture signed by Judge Ellison, ordered that a criminal judgment of forfeiture in favor of the US against dft for 1,840,00.00, is awarded to 21 USC 982. It is further ordered that the US District Court for the Southern District of TX shall retain jurisdiction in the case for the purpose of enforcing this Order

Count 4: 21:853.F Notice of holding subject to forfeiture from any proceeds the deft obtained directly or indirectly as the result of one or more of the offenses alleged in Counts 1-3.
(4)

SENTENCE: Count 1-3: 168 mos to serve on cts 1-3 to run concurrent; 3 yrs tsr; no fine; $300 cvf; counseling for alcohol abuse, testing by probation and payable by dft while in TSR; no firearm possession and shall not commit another crime. Count 4: Final order of Forfeiture signed by Judge Ellison, ordered that a criminal judgment of forfeiture in favor of the US against dft for 1,840,00.00, is awarded to 21 USC 982. It is further ordered that the US District Court for the Southern District of TX shall retain jurisdiction in the case for the purpose of enforcing this Order

**Highest Offense Level (Opening)**
Felony

**Terminated Counts**                                                                **Disposition**
None

**Highest Offense Level (Terminated)**
None

**Complaints**                                                                       **Disposition**
None

**Plaintiff**
USA                                              represented by    **Financial Litigation**
                                                                   U S Attorney's Office
                                                                   Southern District of Texas
                                                                   P O Box 61129
                                                                   Houston, TX 77208
                                                                   713-567-9000
                                                                   Fax: 713-718-3391 fax
                                                                   Email: flu.usatxs-@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   Designation: Retained

                                                                   **US Pretrial Svcs-LA**
                                                                   PO Box 1460
                                                                   Laredo, TX 78042-1460
                                                                   956-794-1030 fax
                                                                   Fax: 956-790-1743
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   Designation: Retained

                                                                   **US Probation - L**
                                                                   1300 Victoria, Ste 2111
                                                                   Laredo, TX 78040
                                                                   Fax: 956-726-2915 fax
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*
                                                                   Designation: Retained

                                                                   **Jose A Flores , Jr**
                                                                   Office of the U S Attorney
                                                                   1100 Matamoros
                                                                   Suite 200
                                                                   Laredo, TX 78042
                                                                   956-723-6523
                                                                   Fax: 956-726-2266
                                                                   Email: jose.flores@usdoj.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

| Date Entered | # | Select all / clear | Docket Text |
|---|---|---|---|
| 04/17/2002 | | | COMPLAINT as to Dagoberto Maldonado Jr., Juan Angel Ramos , filed. [ 5:02-m -1356 ] (nortiz) (Entered: 04/17/2002) |
| 04/17/2002 | | | Initial appearance as to Dagoberto Maldonado Jr. held before Magistrate Judge Adriana Arce-Flores; deft. appeared with Atty., G. Allen Ramirez; Detained w/o Bond; Deft. remanded to custody; NOTE: Crimainal Complaint L-02-1283M-01** will be dismissed on Govt's. motion ; Preliminary Examination and Detention Hearing set for 11:00 4/10/02 for Dagoberto Maldonado Jr. Ct Reporter: S. Medellin (ERO); Ct Deputy: I. Contreras; Interpreter: C. de Pena (not used); App: M. L. Castillo, AUSA; R. Valdez, PTSO; Ted E. Wurst, S/A; (Defendant informed of rights.) , filed. [ 5:02-m -1356 ] (nortiz) (Entered: 04/17/2002) |
| 04/17/2002 | | | Waiver of Preliminary Examination or Hearing by Dagoberto Maldonado Jr., filed. [ 5:02-m -1356 ] (nortiz) (Entered: 04/17/2002) |
| 04/18/2002 | | | Detention/Preliminary hearing as to Dagoberto Maldonado Jr. held before Magistrate Judge Adriana Arce-Flores; Waiver of Prel. Exam., filed; Dtn. Hrg. held; Court will issue a written order by 4/12/02; Deft. |

| | | | |
|---|---|---|---|
| | | | remanded to custody; Ct Reporter: S. Medellin (ERO): Ct Deputy: I. Contreras; Interpreter: C. de Pena (not used); App: G. Cook, AUSA; A. Ramirez, rtnd.; R. Valdez, PTSO , filed. [ 5:02-m -1356 ] (nortiz) (Entered: 04/18/2002) |
| 04/18/2002 | | | ORDER Re: A detention hrg., has been held in this case and after considering arguments of Counsel, The Court has ordered bond to be set at $350,000 c/s to incluce electronic monitoring and any other conditions set by Pretrial Services for Dagoberto Maldonado. ( Signed by Magistrate Judge Adriana ), entered. Parties ntfd. [ 5:02-m -1356 ] (nortiz) (Entered: 04/18/2002) |
| 04/23/2002 | | | MOTION by USA as to Dagoberto Maldonado Jr. to stay and revoke magistrate's order setting bond pursuant to 18 USC Sec 3145 , filed. [ 5:02-m -1356 ] (dflores) (Entered: 04/23/2002) |
| 04/23/2002 | | | ORDER denying gvts [0-1] motion to stay and revoke magistrate's order setting bond pursuant to 18 USC Sec 3145 as to Dagoberto Maldonado (1) ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. [ 5:02-m -1356 ] (dflores) (Entered: 04/23/2002) |
| 05/07/2002 | 1 | | INDICTMENT as to Dagoberto Maldonado (1) count(s) 1-3, 4, Juan Angel Ramos (2) count(s) 1-3, 4 ,filed. (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | | | (Court only) **Added Government Attorney Jose A Flores Jr (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | | | (Court only) **Added Pretrial Services, Financial Litigation Unit and Probation (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | | | (Court only) **Added Attorney Gocha Allen Ramirez for Dagoberto Maldonado Jr. (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | 2 | | ORDER for Issuance of Notice of Criminal Indictment (signed by US Magistrate Judge May Milloy), entered. Parties ntfd. (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | 3 | | AO 257 Information Sheet as to Dagoberto Maldonado Jr. , filed. (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | 6 | | NOTICE of Setting : Set Arraignment for 8:30 5/16/02 for Dagoberto Maldonado Jr., for Juan Angel Ramos before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (amontemayor) (Entered: 05/07/2002) |
| 05/07/2002 | 7 | | NOTICE of Setting : RESET Arraignment for 10:00 5/10/02 for Dagoberto Maldonado Jr., for Juan Angel Ramos before Magistrate Judge Marcel C. Notzon , filed. Parties ntfd. (amontemayor) (Entered: 05/07/2002) |
| 05/09/2002 | 8 | | MOTION by Dagoberto Maldonado Jr. to include co-counsel , filed. (dflores) (Entered: 05/09/2002) |
| 05/09/2002 | 9 | | RESPONSE by Dagoberto Maldonado Jr. To Government's Request for Nebbia Hearing , filed. (bmendoza) (Entered: 05/09/2002) |
| 05/09/2002 | 11 | | ORDER granting deft's[8-1] motion to include co-counsel as to Dagoberto Maldonado (1) ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (bmendoza) Modified on 05/09/2002 (Entered: 05/09/2002) |
| 05/09/2002 | 10 | | Order referring motion Plenary pre-trial handling, Ruling on Non-dispositive motions: including any Nebbia Hrgs., Findings of fact and recommendation of law on dispositive motions to Magistrate Judge Adriana Arce-Flores as to Dagoberto Maldonado Jr. : ( Signed by Judge Keith P. Ellison ), entered. (bmendoza) (Entered: 05/09/2002) |
| 05/13/2002 | 12 | | Arraignment held before Magistrate Judge Marcel C. Notzon Ct Reporter: J Tovar/ERO; Tape Number: 1; Interpreter: none; App: N DiMarco f/gvt; G Allen Ramirez, filed. Plea of Not Guilty: Dagoberto Maldonado (1) count(s) 1-3, 4 m/d 05/28/02 @ 10:00; fptc 06/21/02 @ 1:00; dft remanded to custody. (dflores) Modified on 01/27/2003 (Entered: 05/13/2002) |
| 05/14/2002 | 15 | | MOTION by USA as to Dagoberto Maldonado Jr. for "Nebbia" Hearing , filed. (dflores) Modified on 05/14/2002 (Entered: 05/14/2002) |
| 05/14/2002 | 16 | | ORDER granting gvts [15-1] motion "Nebbia" Hearing as to Dagoberto Maldonado (1) Set Nebbia Hearing for 10:00 5/15/02 before Magistrate Judge Adriana Arce-Flores ( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. (dflores) (Entered: 05/14/2002) |
| 05/16/2002 | 17 | | Nebbia Hearing as to Dagoberto Maldonado Jr. held before Magistrate Judge Adriana Arce-Flores Ct Reporter: S Medellin/ERO; Tape Number: 1; Interpreter: none; App: N DiMarco f/gvt; E Davila f/dft, filed. Gvt/dft evidence presented; 1st witness: Mr. Gilmore, Alamo Bail Bonds; written order to be filed by the end of the week; dft remanded to custody. (dflores) (Entered: 05/16/2002) |
| 05/28/2002 | 18 | | MOTION by Dagoberto Maldonado Jr. To Suppress Evidence , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 19 | | MOTION by Dagoberto Maldonado Jr. Requesting a separate hearing to determine or prior determination of admissibility of hearsay statements as "Co-Conspirators's Exception" to Hearsay Rule , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 20 | | MOTION by Dagoberto Maldonado Jr. To Discover Existence and Identity of Informant , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 21 | | MOTION by Dagoberto Maldonado Jr. to Require the Government to reveal any agreement entered into between the Government and any prosecution witness that could conceivably Influence their Testimony , |

| | | | |
|---|---|---|---|
| | | | filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 22 | | MOTION by Dagoberto Maldonado Jr. For Discovery and Inspection , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 23 | | MOTION by Dagoberto Maldonado Jr. In Limine , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/28/2002 | 24 | | MOTION by Dagoberto Maldonado Jr. To produce Exculpatory and Mitigating Evidence , filed. (bmendoza) (Entered: 05/28/2002) |
| 05/31/2002 | 🔒 26 | ☐ | ORDER REJECTING the proffer of the bond to meet the bail terms .( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. (bmendoza) (Entered: 05/31/2002) |
| 06/07/2002 | 27 | | MOTION by Dagoberto Maldonado Jr. for Supplemental Nebbia Hearing , filed. (dflores) (Entered: 06/07/2002) |
| 06/14/2002 | 🔒 29 | ☐ | NOTICE of Setting : Set hearing on all pending motions at 2:00 7/2/02 for Dagoberto Maldonado Jr. before Judge P. Ellison , filed. Parties ntfd. (dflores) (Entered: 06/14/2002) |
| 07/01/2002 | 🔒 31 | ☐ | NOTICE of Setting : Reset on all pending motions hearing for 4:00 7/16/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 07/01/2002) |
| 07/05/2002 | 32 | | MOTION by Dagoberto Maldonado Jr. for setting supplemental Nebbia Hearing Motion , filed. (dflores) (Entered: 07/05/2002) |
| 07/19/2002 | 33 | | Motion for Supplemental Nebbia Hearing as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison Ct Reporter: L Gomez; App: N DiMarco f/gvt; G A Ramirez, E Davila f/dft. Hearing held on dckt #'s 18-24, 27 & 32. Evidence presented: Nebbia hearing; Status report on reciprocal discovery, rule 16b discovery due 07/26/02. Jury trial set 08/12/02 @ 8:30; Gvt advised a superseding indictment will be filed. Dft remanded to custody. (dflores) (Entered: 07/19/2002) |
| 07/19/2002 | 34 | | Exhibit list of USA, filed. (dflores) (Entered: 07/19/2002) |
| 07/19/2002 | 35 | | Witness list of USA, filed. (dflores) (Entered: 07/19/2002) |
| 07/19/2002 | 36 | | Exhibit list of Dagoberto Maldonado Jr., filed. (dflores) (Entered: 07/19/2002) |
| 07/19/2002 | 37 | | Witness list of Dagoberto Maldonado Jr., filed. (dflores) (Entered: 07/19/2002) |
| 07/25/2002 | 38 | | Call Hearing for Trial as to Dagoberto Maldonado Jr. held before Magistrate Judge Adriana Arce-Flores Ct Reporter: S.Medellin/ERO Interpreter: C.DePena App: N.DiMarco F/Govt , G. Allen Ramirez F/Deft, Case set for Trial before Judge Keith P. Ellison on August 12, 2002 , filed. (bmendoza) (Entered: 07/25/2002) |
| 07/25/2002 | 🔒 40 | ☐ | MEMORANDUM AND ORDER as to Dagoberto Maldonado Jr. denying deft's[18-1] motion To Suppress Evidence as to Dagoberto Maldonado (1), granting deft's[19-1] motion Requesting a separate hearing to determine or prior determination of of hearsay statements as "Co-Conspirators's Exception" to Hearsay Rule as to Dagoberto Maldonado (1), denying deft's[20-1] motion To Discover Existence and Identity of Informant as Dagoberto Maldonado (1), granting deft's[22-1] motion For Discovery and Inspection as to Dagoberto Maldonado (1), granting [23-1] motion In Limine as to Dagoberto Maldonado (1), granting [27-1] motion for Supplemental Nebbia Hearing as to Dagoberto Maldonado (1), granting deft's[32-1] motion for setting supplemental Nebbia Hearing Motion as to Dagoberto Maldonado (1) ( signed by Judge Keith P. Ellison ), Parties ntfd. (bmendoza) (Entered: 07/25/2002) |
| 07/29/2002 | 44 | | MOTION by Dagoberto Maldonado Jr. to compel production and notice of reciprocal discovery , filed. (dflores) (Entered: 07/29/2002) |
| 08/05/2002 | 🔒 45 | ☐ | NOTICE of Setting : Set Trial hearing for 10:00 8/7/02 for Dagoberto Maldonado Jr., Juan Angel Ramos before Judge Keith P. Ellison , Set jury selection and trial for 8:30 8/12/02 Dagoberto Maldonado Jr., Juan Angel Ramos before Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 08/05/2002) |
| 08/06/2002 | 🔒 50 | ☐ | NOTICE of Setting : Reset Trial conference hearing for 4:00 8/22/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 08/06/2002) |
| 08/15/2002 | 🔒 54 | ☐ | NOTICE of Setting : Reset Trial hearing for 8:30 9/23/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Trial will commence immediately after jury selection. A Speedy trial waiver needs to be filed no later than 08/19/02. This trial is on #1 on the docket. Parties ntfd. (dflores) (Entered: 08/15/2002) |
| 08/23/2002 | 55 | | MOTION by Dagoberto Maldonado Jr. to suppress , filed. (dflores) (Entered: 08/23/2002) |
| 09/04/2002 | 🔒 56 | ☐ | NOTICE of Setting : Set Motion to Suppress hearing for 3:00 9/4/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 09/04/2002) |
| 09/05/2002 | 🔒 57 | ☐ | NOTICE of Setting : Reset Motion to Suppress hearing for 3:00 9/17/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 09/05/2002) |
| 09/09/2002 | 🔒 58 | ☐ | NOTICE of Setting : Reset jury selection and trial for 10/28/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 09/09/2002) |
| 09/10/2002 | 🔒 59 | ☐ | NOTICE of Setting : Due to the trial reset to 10/28/02, the Trial Conference has been reset to 10/24/02 at 11:00 a.m. Jury trial for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. |

| Date | # | | Description |
|---|---|---|---|
| | | | (bmendoza) (Entered: 09/10/2002) |
| 09/16/2002 | 60 | ☐ | NOTICE of Setting : Reset Motion to Suppress hearing for 1:30 9/20/02 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (dflores) (Entered: 09/16/2002) |
| 09/16/2002 | 61 | | RESPONSE by USA as to Dagoberto Maldonado Jr. Motion to Suppress, filed. (dflores) (Entered: 09/16/2002) |
| 09/23/2002 | 62 | | Motion to Suppress Hearing as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison Ct Reporter: L Gomez; Interpreter: D Sully; App: N DiMarco f/gvt; E Davila, A Ramirez f/dft. Evidence presented, testimony given by dft & Gvt; arguments by counsel; dft remanded to custody. (dflores) (Entered: 09/23/2002) |
| 09/23/2002 | 63 | | Exhibit list of USA as to Dagoberto Maldonado Jr., filed. (dflores) (Entered: 09/23/2002) |
| 09/23/2002 | 64 | | Exhibit list by Dagoberto Maldonado Jr., filed. (dflores) (Entered: 09/23/2002) |
| 09/23/2002 | 65 | | Witness list by Dagoberto Maldonado Jr., filed. (dflores) (Entered: 09/23/2002) |
| 10/11/2002 | 66 | | Motion to Suppress Hearing continuation as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison Ct Reporter: L Gomez; Interpreter: D Sully; App: Noelle DiMarco, M L Castillo f/gvt; E Davila f/dft. Evidence presented, testimony given; argument of counsel; hearing continued for 09/25/02 @ 9:00; dft remanded to custody. (dflores) (Entered: 10/11/2002) |
| 10/11/2002 | 67 | | Exhibit list of USA as to Dagoberto Maldonado Jr., filed. (dflores) (Entered: 10/11/2002) |
| 10/11/2002 | 68 | | Exhibit list by Dagoberto Maldonado Jr., filed. (dflores) (Entered: 10/11/2002) |
| 10/11/2002 | 69 | | Witness list of Dagoberto Maldonado Jr., filed. (dflores) (Entered: 10/11/2002) |
| 10/11/2002 | 70 | | Motion to Suppress Hearing continuation as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison Ct Reporter: L Gomez; Interpreter: D Sully; App: N DiMarco, M L Castillo f/gvt; E Davila f/dft. Evidence presented, testimony presented; argument of counsel; order to be entered; evidence concluded closing arguments by counsel; dft remanded to custody. (dflores) (Entered: 10/11/2002) |
| 10/11/2002 | 71 | | Witness list by USA as to Dagoberto Maldonado Jr., filed. (dflores) (Entered: 10/11/2002) |
| 10/21/2002 | 73 | ☐ | MEMORANDUM AND ORDER as to Dagoberto Maldonado Jr. denying dfts [55-1] motion to suppress as to Dagoberto Maldonado (1) ( signed by Judge Keith P. Ellison ), entered. Parties ntfd. (dflores) (Entered: 10/21/2002) |
| 11/04/2002 | 74 | | Trial Conference Hearing as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison Ct Reporter: L Verdin; App: N DiMarco f/gvt; E Davila, G A Ramirez f/dft. Stipulation of facts provided for defense counsel; defense counsel will review stipulation & advise the Court if will proceed today with bench trial. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | | | Bench trial begun as to Dagoberto Maldonado (1) count(s) 1-3, 4, filed. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | 75 | | Bench Trial as to Dagoberto Maldonado Jr. held before Judge Keith P. Ellison. Ct Reporter: L Verdin; App: N DiMarco f/gvt; E Davila f/dft, filed. Court verdict guilty cts 1-4; order for psi; sentencing 01/09/03 @ 9:00; stipulation of facts filed; dft waived jury trial; dft preserves the right to appeal on the 4th amended issue; dft remanded to custody. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | 76 | | STIPULATED FACTS for Bench Trial by Dagoberto Maldonado Jr., filed. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | 77 | ☐ | Preliminary order of Forfeiture ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | 78 | | Consent Decree for agreed Forfeiture as to Dagoberto Maldonado Jr., filed. (dflores) (Entered: 11/04/2002) |
| 11/04/2002 | 79 | | ORDER for Disclosure of PSI, PSI completion by 11/29/02 for Dagoberto Maldonado Jr., sentencing set for 9:00 1/9/03 before Judge Keith P. Ellison, entered. Parties ntfd. (dflores) (Entered: 11/04/2002) |
| 11/27/2002 | 80 | | TRANSCRIPT filed in case as to Dagoberto Maldonado Jr. for Bench Trial Hearing for dates of 10/24/02 before Judge Keith P Ellison, filed. ( Court Rptr: Leticia Verdin ) (dflores) (Entered: 11/27/2002) |
| 01/03/2003 | 85 | | NOTICE of Setting : set Sentencing for 9:00 1/16/03 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison , filed. Parties ntfd. (bmendoza) (Entered: 01/03/2003) |
| 01/07/2003 | 86 | | TRANSCRIPT filed in case as to Dagoberto Maldonado Jr. for Motion to Suppress Hearing for date of 09/24/02 before Judge Keith P Ellison, filed. ( Court Rptr: Leticia Gomez ) (dflores) (Entered: 01/07/2003) |
| 01/16/2003 | 87 | | MOTION by Dagoberto Maldonado Jr. for continuance , filed. (dflores) (Entered: 01/16/2003) |
| 01/26/2003 | 88 | | Order referring motion to Magistrate Judge Adriana Arce-Flores as to Dagoberto Maldonado Jr.: for ruling on Non-Dispositive motions. ( Signed by Judge Keith P. Ellison ), entered. (dflores) (Entered: 01/26/2003) |
| 01/26/2003 | 89 | ☐ | ORDER granting dfts [87-1] motion for continuance as to Dagoberto Maldonado (1) Reset Sentencing for 9:00 2/21/03 for Dagoberto Maldonado Jr. before Judge Keith P. Ellison ( Signed by Magistrate Judge Adriana Arce-Flores ), entered. Parties ntfd. (dflores) (Entered: 01/26/2003) |

| Date | Doc # | | Description |
|---|---|---|---|
| 02/26/2003 | 90 | | FINAL PRESENTENCE INVESTIGATION REPORT (Sealed) as to Dagoberto Maldonado Jr., no objections, filed. (dflores) (Entered: 02/26/2003) |
| 02/26/2003 | 91 | | SEALED Confidential Sentencing Recommendation regarding Dagoberto Maldonado Jr. to the Court, filed and placed in vault. (dflores) (Entered: 02/26/2003) |
| 02/28/2003 | 92 | | Call for sentence as to Dagoberto Maldonado Jr. not held before Judge Keith P. Ellison, filed. Sentence reset to 06/05/03 @ 11:00 due to dft being ill. (dflores) (Entered: 02/28/2003) |
| 03/21/2003 | 93 | | MOTION by USA as to Dagoberto Maldonado Jr. for issuance of a final order of forfeiture , filed. (dflores) Modified on 03/21/2003 (Entered: 03/21/2003) |
| 03/21/2003 | 94 | | Exhibit list by USA as to Dagoberto Maldonado Jr, filed. (dflores) (Entered: 03/21/2003) |
| 03/21/2003 | 95 | | Witness list by USA as to Dagoberto Maldonado Jr, filed. (dflores) (Entered: 03/21/2003) |
| 03/21/2003 | 🔒 96 | ☐ | ORDER granting Gvts [93-1] motion for issuance of a final order of forfeiture as to Dagoberto Maldonado (1) ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. (dflores) (Entered: 03/21/2003) |
| 03/21/2003 | | | USCA appeal fees received FILING FEE $ 105.00 RECEIPT # 518891 as to Dagoberto Maldonado Jr. Re: Parties ntfd. (mmarquez) (Entered: 03/21/2003) |
| 03/21/2003 | 97 | | Sentencing held before Judge Keith P. Ellison Ct Reporter: L Gomez; Interpreter: none; App: N DiMarco f/gvt; E Davila f/dft Dagoberto Maldonado (1) count(s) 1-3, 4 . SENTENCE: Counts 1-3: 168 mos to serve on cts 1-3 to run concurrent; 3 yrs tsr; no fine; $300 cvf; counseling for alcohol abuse, testing by probation and payable by dft while in TSR; no firearm possession and shall not commit another crime. Count 4: Final order of Forfeiture signed by Judge Ellison, ordered that a criminal judgment of forfeiture in favor of the US against dft for 1,840,00.00, is awarded to 21 USC 982. It is further ordered that the US District Court for the Southern District of TX shall retain jurisdiction in the case for the purpose of enforcing this Order , filed. US Probation Officer: Bonnie Lopez. (dflores) (Entered: 03/21/2003) |
| 03/21/2003 | 🔒 | | (Court only) **Case closed as to all defendants: Dagoberto Maldonado Jr., Juan Angel Ramos (dflores) (Entered: 03/21/2003) |
| 03/22/2003 | 🔒 98 | ☐ | JUDGMENT as to Dagoberto Maldonado (1) count(s) 1-3, 4 ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (dflores) (Entered: 03/22/2003) |
| 03/25/2003 | 99 | | NOTICE OF APPEAL of conviction and sentence, denying Motion to Suppress by Dagoberto Maldonado (1) count(s) 1-3, 4, filed. (dflores) (Entered: 03/25/2003) |
| 03/26/2003 | 🔒 100 | ☐ | AMENDED JUDGMENT as to Dagoberto Maldonado (1) count(s) 1-3, 4 ( Signed by Judge Keith P. Ellison ), entered. Parties ntfd. The Statement of Reasons has been placed under seal in the envelope with the Original Presentence Report. Copies of the SOR have been sent to the appropriate defense counsel, the AUSA, and the US Marshal. (dflores) Modified on 03/28/2003 (Entered: 03/26/2003) |
| 03/26/2003 | 101 | | Transcript Order Form as to Dagoberto Maldonado Jr. requesting transcript of sentencing before Judge Keith Ellison on 03/17/03 by Ct Reporter: Leticia Gomez, filed. (dflores) (Entered: 03/26/2003) |
| 03/28/2003 | | | Notice of appeal and Copy of docket as to Dagoberto Maldonado Jr. to USCA: [99-1] appeal . Parties ntfd. (mmarquez) (Entered: 03/28/2003) |
| 06/26/2003 | 102 | | Fifth Circuit Court of Appeals Letter as to Dagoberto Maldonado Jr., filed. In this case, the 60 day transcript discount period expired on 05/30/03 and, to date, the transcript has not been filed. Therefore, the court reporter must discount the CJA 24 voucher by 10%. If the transcript is not filed by 06/30/03, a 20% discount must be taken. (dflores) (Entered: 06/26/2003) |
| 07/27/2003 | 103 | | TRANSCRIPT as to Dagoberto Maldonado Jr. Re: [99-1] appeal Sentencing Hearing for dates of March 17, 2003 before Judge Keith P Ellison , filed. Appeal record due on 8/8/03 for Dagoberto Maldonado Jr. Ct Reporter: Leticia Gomez (mmarquez) (Entered: 07/27/2003) |
| 07/30/2003 | | | Certified and transmitted record on appeal consisting of 1 File, 3 Transcripts, PSI & Reccomendation to U.S. Court of Appeals as to Dagoberto Maldonado Jr.: . Circuit No. 03-40448. Parties ntfd. (bmendoza) (Entered: 07/30/2003) |
| 07/30/2003 | 14 | | SCHEDULING ORDER setting Motion Filing deadline on 10:00 5/28/02 for Dagoberto Maldonado Jr., Juan Angel Ramos ; Motion Response deadline 6/3/02 , Pretrial Conference for 1:00 6/21/02 ., ; before Judge Keith P. Ellison , entered. Parties ntfd. (bmendoza) (Entered: 07/30/2003) |
| 07/30/2003 | 🔒 | | (Court only) **Reset last document number to 103 (bmendoza) (Entered: 07/30/2003) |
| 08/19/2003 | 104 | | Transcript Order Form as to Dagoberto Maldonado Jr. requesting transcript of suppression hearing before Judge Keith P Ellison on 09/20, 24, 25/03 by Ct Reporter: Leticia Gomez, filed. (dflores) (Entered: 08/19/2003) |
| 08/25/2003 | 105 | | TRANSCRIPT as to Dagoberto Maldonado Jr. Re: [99-1] appeal Motion to Suppress, Vol 1 of III Hearing for dates of September 20, 2002 before Judge Keith P Ellison , filed. Ct Reporter: Leticia O Gomez (mmarquez) (Entered: 08/25/2003) |

| Date | Doc # | | Description |
|---|---|---|---|
| 08/25/2003 | 106 | | TRANSCRIPT as to Dagoberto Maldonado Jr. Re: [99-1] appeal Mtn to Supress Hearing for dates of September 24, 2002 before Judge Keith P Ellison , filed. Appeal record due on 9/6/03 for Dagoberto Maldonado Jr. Ct Reporter: Leticia O Gomez (mmarquez) (Entered: 08/25/2003) |
| 08/25/2003 | 107 | | TRANSCRIPT as to Dagoberto Maldonado Jr. Re: [99-1] appeal Motion to Supress Hearing for dates of September 25, 2002 before Judge Keith P Ellison , filed. Appeal record due on 9/6/03 for Dagoberto Maldonado Jr. Ct Reporter: Leticia O Gomez (mmarquez) (Entered: 08/25/2003) |
| 08/25/2003 | | | Transmitted Supplemental Record on Appeal: as to Dagoberto Maldonado Jr. [99-1] appeal. Supplement consists of 3 transcripts. (mmarquez) (Entered: 08/25/2003) |
| 08/25/2003 | | | Transmitted Supplemental Record on Appeal: as to Dagoberto Maldonado Jr. [99-1] appeal. Gov't and Deft exhibits re: Mtn to Supress only. (mmarquez) (Entered: 08/25/2003) |
| 03/19/2004 | | | Record on Appeal for Dagoberto Maldonado Jr. returned from U.S. Court of Appeals: [99-1] appeal USCA No. 03-40448 (mmarquez) (Entered: 03/19/2004) |
| 03/19/2004 | 108 | | JUDGMENT OF USCA (certified copy)for Dagoberto Maldonado Jr. on 2/23/04 Mandate Issued 3/16/04 CCA No. 03-40448 affirming judgment/order Dagoberto Maldonado (1) count(s) 1-3, 4 , filed. (mmarquez) (Entered: 03/19/2004) |
| 03/19/2004 | 109 | | Copy of Fifth Circuit Court of Appeals Per Curiam as to Dagoberto Maldonado Jr. , filed. U.S.C.A. No. 03-40448 (mmarquez) (Entered: 03/19/2004) |
| 03/19/2004 | 🔒 | | (Court only) **Terminated pending appeal as to Dagoberto Maldonado Jr. Circuit No. 03-40448 (mmarquez) (Entered: 03/19/2004) |
| 03/19/2004 | 🔒 | | (Court only) **Remove appeal flag - no further appeals pending (mmarquez) (Entered: 03/19/2004) |
| 07/20/2004 | 110 | | Fifth Circuit Court of Appeals Letter as to Dagoberto Maldonado Jr., filed. The Court today entered the following order in the above-entitled case: The petition for a writ of certiorari is denied. (dflores) (Entered: 07/20/2004) |
| 05/23/2005 | 111 | ☐ | MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 5:05cv112) by Dagoberto Maldonado, Jr, filed. ( dflores ) (Entered: 05/23/2005) |
| 05/23/2005 | 112 | ☐ | BRIEF in Support by Dagoberto Maldonado, Jr re 111 MOTION to Vacate under 28 U.S.C. 2255 ( Civil Action No. 5:05cv112), filed. (Attachments: # 1 Exhibit # 2 Exhibit B# 3 Exhibit C# 4 Continuation # 5 Exhibit D# 6 Exhibit E# 7 Exhibit F# 8 Exhibit G# 9 Exhibit H)( dflores ) (Entered: 05/23/2005) |
| 06/22/2005 | 113 | ☐ | ORDER as to Dagoberto Maldonado, Jr. Dft is ORDERED to pay the filing fee of $5.00 (2255 motion) by 06/25/05. Failing to do so, the case shall be DISMISSED. ( Signed by Judge Micaela Alvarez ) Parties notified. ( dflores ) (Entered: 06/22/2005) |
| 06/24/2005 | 114 | ☐ | Appeal Fee by Dagoberto Maldonado, Jr re 113 Order, filed. ( dflores ) (Entered: 06/24/2005) |
| 06/24/2005 | 115 | ☐ | UNOPPOSED MOTION requesting Habeas Corpus to be heard by original trial Judge as to Dagoberto Maldonado, Jr, filed. (Attachments: # 1 Proposed Order) ( dflores ) (Entered: 06/24/2005) |
| 07/25/2005 | 116 | ☐ | ORDER denying dfts 115 Motion requesting Habeas Corpus as to Dagoberto Maldonado Jr. (1). ( Signed by Judge Micaela Alvarez ) Parties notified. ( dflores ) (Entered: 07/25/2005) |
| 05/18/2006 | 117 | ☐ | ORDER denying 111 Motion to Vacate (2255) as to Dagoberto Maldonado Jr. (1).(Signed by Judge Micaela Alvarez) Parties notified.(gsalinas, ) (Entered: 05/18/2006) |
| 05/18/2006 | 118 | ☐ | FINAL JUDGMENT as to Dagoberto Maldonado, Jr ( Signed by Judge Micaela Alvarez ) Parties notified. (gsalinas, ) (Entered: 05/18/2006) |
| 01/14/2015 | 119 | ☐ | Supervised Release Jurisdiction Transferred to WESTERN DISTRICT OF TEXAS, SAN ANTONIO DIVISION as to Dagoberto Maldonado, Jr., filed. (Attachments: # 1 Transmittal Letter)(mxperez, 5) (Entered: 01/14/2015) |

[View Selected]
or
[Download Selected]